# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL 4 SYSTEMS,<br><br>Plaintiff,<br><br>vs.<br><br>RLI INSURANCE COMPANY; and<br>DOES 1 to 50, Inclusive,<br><br>Defendants. | No. 2:22-CV-05732-AB-RAO<br><br>~~[PROPOSED]~~<br>**ORDER OF DISMISSAL** |

Pursuant to stipulation of the parties this case is dismissed in its entirety with prejudice, with each side to bear its own costs.

**IT IS SO ORDERED.**

Dated: October 4, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

- 1 -